IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LONG, #165528, | ) |
| | ) |
|   Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-507-ECM |
| | ) (WO) |
| PATRICE RICHIE, *et al.*, | ) |
| | ) |
|   Respondents. | ) |

**MEMORANDUM OPINION and ORDER**

On February 22, 2022, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be dismissed as time-barred (doc. 23) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED as time-barred and filed after the expiration of the one-year limitation period in 28 U.S.C. § 2244(d).

Done this 22nd day of April, 2022.

                                          /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE